IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



Teresa L. Hatfield,           :

    Plaintiff,             :

v.                            :      Case No. 2:06-cv-1073

Commissioner of Social Security,:     JUDGE FROST

    Defendant.             :

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 15, 2008. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation.

    Based upon the foregoing, the plaintiff's Statement of Errors is sustained to the extent that this case is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four. The Clerk shall enter a judgment to that effect. This case is TERMINATED.

                                  /s/ Gregory L. Frost
                                GREGORY L. FROST
                                UNITED STATES DISTRICT JUDGE